U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

DEC 13 2012

TONY R. ...  CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WANNETTA KEELS | CIVIL ACTION NO: 11-1281 |
| VERSUS | JUDGE DONALD E. WALTER |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a Motion for Summary Judgment [Doc. #54] filed by the Defendants, Board of Supervisors of Louisiana State University & Agricultural & Mechanical College d/b/a Louisiana State University Health Science Center - Shreveport, and Joseph Miciotto in his official capacity as the Hospital Administrator. Plaintiff, Wannetta Keels, opposes the motion. [Doc. #57].

Upon due consideration, Defendants' Motion for Summary Judgment [Doc. #54] is hereby **GRANTED IN PART AND DENIED IN PART**. Plaintiff's claim that "because Defendants have a policy, pattern and practice to deny Black employees equal protection under the law, Defendants have willfully violated Keels' constitutional rights in violation of [42 U.S.C.] 1983" is hereby **DISMISSED WITH PREJUDICE**. A pattern or practice case is not a free-standing cause of action for an individual non-class plaintiff. *Celestine v. Petroleos de Venezuella SA*, 266 F.3d 343, 355-56 (5th Cir. 2001); *Frank v. Xerox Corp.*, 347 F.3d 130, 136 (5th Cir. 2008). Genuine disputes of material fact exist as to Plaintiff's remaining claims.

**THUS DONE AND SIGNED**, this 13 day of December, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE